UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Jonathan Lee Riches ©,
Plaintiff

CIVIL NO: 07-538-

V.

SENATOR LARRY CRAIG (R) IDAHO;
REP. MARK FOLEY (R) FLORIDA;
SENATOR DAVID VITTER (R) LOUISIANA;
REP. BARNEY FRANK (D) MASSACHUSETTS;
ROMAN CATHOLIC PRIESTS;
KOBE BRYANT;
R KELLY;
WARREN JEFFS;
DUKE LACROSSE PLAYERS;
MICHAEL JACKSON;
JAMES MCGREEVY FORMER NEW JERSEY GOVERNOR;
WILLIAM JEFFERSON CLINTON,
DEFENDANTS

FILED
SEP - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
no IFP

Civil Complaint

"PERVERTING AMERICA"

"TRO TEMPORARY RESTRAINING ORDER"

"PRELIMINARY INJUNCTION"

Comes Now the Plaintiff, Jonathan Lee Riches ©, in pro-se, Moves this Honorable court to issue an order for Defendants Named in this suit to respond. This suit is civil rights and Liberties that Defendants committed against me. Also crimes of sexual harassment, sodomy of my mind, Mental torture, mistrust, Breaking my heart, embarrassment, deceit, and Fraud. Plaintiff also moves this Honorable court to issue a TRO Temporary Restraining Order Against Defendants. Plaintiff seeks $99,000,000,000.00 Billion dollars, a Public warning system if Defendant's are seen on television, and Defendant's to register as sex offenders. Plaintiff prays for relief

### 1

I've suffered everlasting scarring watching the details on T.V. of each Defendant's acts over the years. It's engrained in my mind. Defendant's must be held accountable for their actions. Think about it... when someone says the name "Michael Jackson", music is not the only thing in my head, I also think child molester. This is Defendant Jackson's fault for doing irreversible damage to my mind

### 2

The Defendant's collectively Injured me through television viewing. When watching and seeing their sexual acts towards minors, women, and themselves, it made me very sick. All these Defendants represent our life, i.e. Public Servants, Entertainers, Religion, Athletes, music, history, our Neighbors. My mind is trashed forever.

### 3

I can't watch the news, the airwaves, newspapers, magazines. I'm disappointed in my Leaders. I lost respect to my leaders. I have noone to lookup to.

4

Plaintiff is Afraid to vote because Plaintiff's vote may contribute to putting a sexual predator into office and making Plaintiff feel responsible for contributing to the perversion of America

5

Plaintiff is now Afraid to use Airport Restrooms because Senator Craig might be lurking in the restroom stalls soliciting sex by attempting to play "footsie" w/ unknown male patrons while relieving themselves

6

Plaintiff is now Horrified of going to a Catholic church because the Priests are out of control. Even last night I had a nightmare I was Forced to sleep with the Pope in a bulletproof glass bedroom. I can't give confession anymore. I don't know who I'm confessing to. Is he focusing on my confession or my looks/my voice.

7

Plaintiff is scared to go to concerts because Artists like R. Kelly might begin urinating into the crowd while performing "I believe I can fly"

Plaintiff is also Terrified of going to the Neverland ranch to spend the night because Michael Jackson might remember the Time when he was a Smooth criminal giving little boys and girls thrillers of their lives while Forcing them to look at the Man in the Mirror while he beat it, then say I want to rock with you all night.

8

Plaintiff is Affraid to Attend college or Pro Basketball or Lacrosse games because players like Kobe Bryant and Duke Lacrosse Guys

might lure me to their hotels to pass me around for an assist by other players in an attempt to get their balls in the hole.

9

Plaintiff knows this is new world order. Defendants perverting my skull. I'm affraid to have kids: who is going to protect them in school, church, Sam Goody, or visiting the White House? I can't even appeal to the supreme court because of what Clarence Thomas did to Anita Hill. I expect to be murdered like Rasputin.

Larry Craig was Mitt Romney's top supporter. Romney is a Mormon. Warren Jeffs is a Mormon. This is a conspiracy!

**PRELIMINARY INJUNCTION TEMPORARY RESTRAINING ORDER**

Plaintiff moves to compel this court to order defendants to report to their nearest law enforcement office, branded and labeled, GPS tracked, cameras installed on them and monitor their movements 24 hours a day. Also forbid defendants to appear on t.v. worldwide.
 Plaintiff prays for relief

respectfully submitted
*Jonathan Lee Riches* ©
Jonathan Lee Riches ©

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400



FLORENCE SC
04 SEP 2007 PM

United States District Court
District of Delaware
Boggs Federal Bldg.
Clerk of court
844 King St.
Wilmington, DE 19801

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 380
Salters, SC 29590