IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN LEE RICHES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-538-JJF |
| SENATOR LARRY CRAIG, REP. MARK FOLEY, SENATOR DAVID VITTER, REP. BARNEY FRANK, ROMAN CATHOLIC PRIESTS, KOBE BRYANT, R. KELLY, WARREN JEFFS, DUKE LACROSSE PLAYERS, MICHAEL JACKSON, JAMES MCGREEVY, and WILLIAM JEFFERSON CLINTON, | : |
| Defendants. | : |

### ORDER

NOW THEREFORE, at Wilmington this 5 day of October, 2007, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A(B)(1). Amendment of the Complaint would be futile. See Alston v. Parker, 363 F.3d 229 (3d Cir. 2004); Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

*[signature]*
UNITED STATES DISTRICT JUDGE